**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven Warren KAUFMAN, a/k/a John Rayford, Leonard Joseph Kissell, James Gregory Smith, Perry Franks & Paddy D. Franks, Defendants–Appellants.**

**Paddy Daniel FRANKS, Petitioner–Appellant,**

v.

**Jack HARWELL, Sheriff, McLennan County, Texas, et al., Respondents–Appellees.**

**Perry FRANKS, Petitioner–Appellant,**

v.

**Jack HARWELL, Sheriff of McLennan County, Texas, et al., Respondents–Appellees.**

Nos. 87–1462, 87–1621.

United States Court of Appeals, Fifth Circuit.

May 17, 1989.

Ronald G. Guyer, San Antonio, Tex. (court-appointed), for Steve W. Kaufman.

Martha Dickey, Austin, Tex. (court-appointed), for James Gregory Smith.

Michael E. Tigar, Austin, Tex. (court-appointed), for Perry Franks & Paddy D. Franks.

Charles O. Grigson, Austin, Tex. (court-appointed), for Kissell.

James H. DeAtley, Asst. U.S. Atty., Austin, Tex., LeRoy Morgan Jahn, Asst. U.S. Atty., San Antonio, Tex., Louis M. Fischer, Appellate Sect., Crim. Div., Washington, D.C., Helen M. Eversberg, U.S. Atty., Austin, Tex., for plaintiff-appellee.

Dick Thornburgh, U.S. Atty. Gen., Dept. of Justice, Washington, D.C., for other interested party.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

Opinions Oct. 17, 1988 & March 1, 1989,
858 F.2d 994 (5th Cir.1988);

869 F.2d 1485 (5th Cir.1989)

Before KING, JOHNSON and
JOLLY, Circuit Judges.

PER CURIAM:

The petition for rehearing is DENIED.
In response to the defendant's petition for
rehearing, our opinion reported at 858 F.2d
994 (5th Cir.1988), has been submitted to
the State Department for its review. The
State Department has indicated its approval of the denial to the Franks of the benefits of the rule of specialty contained in the
treaty between the United States and Mexico since "only an offended nation can complain about the purported violation of an
extradition treaty," and Mexico has made
no protest whatever about the prosecution
of the Franks brothers in Texas.

No member of this panel nor judge in
regular active service on the court having
requested that the court be polled on rehearing en banc, (Fed.R.App.P. and Local
Rule 35), the Suggestion for Rehearing En
Banc is DENIED.